FILED
NOV - 1 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

5:24-cv-209
Bailey / Mazzone

To the Circuit Court of Tyler County,
State of West Virginia.

Date, 10-24-2024

John Brian Shepherd
ID. 3665189

Case # 21-F-21

"Affidavit of Truth"
Judicial Violations of
Constitutional Rights.
'Hereby Entered as Evidence'
'Hand delivered to Court and
or delivered by the United
States Postal Service.

C.C. Courtesy Copies Sent to;
1. The Honorable Fredrick P. Stamp Jr.
2. The Honorable John Preston Bailey,
   US. District Court Judge
3. The Federal Bureau of Investigations,
   Report filed, Oct. 18, 2024,
4. News Stations,
5. C.C.R. Judge Jeffrey D. Cramer,
   on 10-22-2024 Refused Document
   and threw me out of the Court Room.
6. West Virginia State Bar
Note: "Malicious Prosecution", and
"Ineffective Assistance of Counsel"
"Counsel's Conduct Abusive"

The Circuit Court of Tyler County, State of West Virginia. Is Guilty of committing Judicial violations of the United States Constitution of America, As Ratified on December, 15th, 1791, To Include the Bill of Rights, Controlling Law and Mandatory Procedures; Article VI Sec. 1 (2) Supremacy Clause, Article VI Sec. 1 (3) Oath of Office, Article III Sec. 3 (1) Treason, Amendment 14, Sec 3 Treason, Article 1 Sec. 10 (1) Contracts, Article III Section 2 (3) Jury, All In Violations of Plaintiffs Due Process, Plaintiff ask Court for Representation of Constitutional Lawyer and was Denied of Constitutional Right, and also Denied Equal Protection to and under Articles, 1st, 4th, 5th, 6th, 7th, 8th, 9th, 11th, 13th, and the 14th Amendments, or Articles, Constitutional "Bill of Rights" Violations with Lack of Subject Matter Jurisdiction, Pursuant and under c.f. 42 U.S.C. 1983. et. seq Conspiracy c.f. 42 USC. 1985 et. seq Statute c.f. 18 USC. 242 et. seq. Statute c.f. 18 USC 241 et. Seq. Entrinsic Fraud Judicial Malfeasance

Conspiracy Against Rights, Deprivation of Due Process, Conspiracy, Fraud upon the Court, Judicial Obstruction of Justice cf. 18 USC. 2 Principles cf. 18 USC. 1503, Attempted Extortion under Color of Official Right, cf. 18 USC. Sec 1951 (b)(2), Action for Neglect to Prevent cf. 42 USC. 1986 et. seq. Intentional Infliction of Emotional Distress, all Effecting Equal Protection to Redress, Freedom of Speech, Freedom of Association To the Right of Constitutional Counsel, Reasonable Access to the Courts. Cruel and Unusual Summary Judgement Punishment, Abuse of Process. Interference with Contract Rights- 'Wet Ink Contract', Kidnapping Bribery - Blackmail, Extortion, Threats, Assault, All Resulting in very clear Violations, The Record Stands Clear, all who Violated my Flesh and Blood, under the Divine Protection of God, In the Surity of Christ. Constitutional Rights, All Deserve Federal Prison Time for your Acts of Criminal Capital Felony - treason.

1. <u>Criminal Capital Felony Treason,
   Title 18 Sec. 2381, Federal Law,</u>
   'when in the Presence of two witnesses
   to the same overdact, or in an open Court
   of Law.' 'If you fail to Timely Move to
   Protect and Defend the Constitution of the
   United States and Honor your "Oath of
   Office"; you are subject to the Charge
   of Capital Felony Treason, and upon
   Conviction, You will Be taken By the
   Posse to the Nearest and Busy Intersection
   and at High Noon, Hung By the Neck
   until dead and your Body will remain
   Static overnight. To Remind all those
   who would take the "Oath of Office
   Lightly."

2. Article VI Supreme Law, Clause 2,
   Supremacy Clause,
   - 'The Constitution and the Laws within'; -
   'The Constitution and the Laws of the United
   States which Shall Be Made in Pursuance
   thereof; and all Treaties Made, or which
   shall Be Made, under the Authority of the
   United States, Shall Be the Supreme
   Law of the Land and the Judges in
   every State Shall Be Bound thereby,
   Anything in the Constitution or Laws

of any State to the Contrary is not withstanding.

3. Title 18 USC Sec. 242, the United States Department of Justice, "Deprivation of Rights under the Color of Law." Section 242 of Title 18 makes it a crime for a person acting under the color of law to willfully deprive a person of a right or privilege protected by the Constitution or law of the United States.

See, Marbury vs. Madison. U.S. 5, 137, 1803,
4. "No provision of the Constitution is designed to be without effect."
"Anything that is in conflict, is null and void of law."
Clearly, for a Secondary Law to come in conflict with the Supreme Law was illogical. For certainly the Supreme Law would prevail over all Laws and certainly our forefathers had intended that the Supreme Law would be the basis of all Law. It would bare no power to enforce, It would bare no obligation to obey, It would purport to settle as if it had never existed. For Unconstitutionally

would date from the enactment of such a law, not from the date Branded in an open court of law. 'No courts are Bound to uphold it', and 'No Citizens are Bound to Obey it'. It Operates as a Near Nullity or Fiction of Law. If any statement within any law is unConstitutional By MARBURY vs. Madison.

5. The Government has no legitimacy without the Material evidence that the 'governed' have given their Consent By way of 'wet Ink Agreement' contract, Between the Office of the Judiciary and that the governed have given their consent.

6. Any action taken By way of act or Statute is a Criminal Offence of 'Fraud'. The Judiciary is nothing More than a Sub Office of a commercial Body, which the United States is a Commercial Body, 'A Federal Corporation' listed under the following Code as a Corporation, 28 U.S.C. 3002.

7. The actions of the State are unconstitutional and a Criminal fraternity Capable of highness of Crimes without Measure. All documents Must Be Signed By Human hand and In "Wet Ink" By a Named Authoritative living Being who takes full Responsibility for the Content of that document Agreeing to Be Governed. Any deviation from this standing process where a Signature of "Wet Ink" By living hand with Authority to do so will Be Recognized as a Criminal Offence.

8. I John Brian Shepherd have filed over 100 pages of legal filed documents with the Circuit Court of Tyler County Months ago. that States lawsuits filed in Charlestown, W against the Circuit Court of Tyler County and also violations of my Constitutional Rights. All claims have Been Ignored, Including Multiple filed documents Challenging Jurisdiction, also Ignored. "Malicious Prosecution."

Once Jurisdiction is Challenged, the Court without Personal Jurisdiction over the defendant is VOID, It is a Nullity. See; SPANEK v. SPANEK, 17 Kan App. 2d. 573, 576, 7, 840 P.2d 553 (1992) "Jurisdiction, one can only claim Jurisdiction over that which one Creates. The State did not Create Man, We Serve God who created us. 'Amen';

Also, I have filed with the Circuit Court of Tyler County, and the Prosecutor's Office in Tyler County, Luke D. Furbee, the Same. I have filed over 100 pages of Documents Concerning My Case; These Documents were filed in June, July, Aug of 2024, And all Documents have Been Ignored. In these documents I have Challenged Jurisdiction of the Court, and also I have Been Ignored. I have filed the Same with Charleston Sec. of State, and in Washington D.C. as well.

Treason, Res ipas loquitur
Title 18 Sec. 2381 'Federal Law'

I do hereby swear that under the Penalty of Perjury, these Statements and Claims are True and Just.

I, John Brian Shepherd, A living Man, Flesh and Blood, under the Divine Protection of God, In the Surety of Christ.

John Brian Shepherd   Date, 10-24  2024
JOHN BRIAN SHEPHERD

The foregoing Instrument was acknowledged Before me this ____ day of _____ 2024.

My Commission Expires:

Notary Public,
_____

Date: 10-24-2024

## 'Affidavit Of Truth'

The Public Defender, Lawyer Dean Williams from Wheeling, WV, made a personal visit on Oct 13th, 2024, to NRJ to talk with me. He said that your Mother was indicted for assisting you when you cut off the Monitor. For all charges, I have an offer on the table for 10-15 years, But I can do Better for you. What do you want to do?

I said, I'm Innocent, No Plea!

Then the Conversation went Ugly, He Became very upset with me, I was kind to him, But he said the following:

If you don't sign the Fu_King Plea the Prosecutor is going to put your Mother in Jail! Then He said, I Don't Need to Help you, After you fired Me, After that thing in Tyler County, I told a few People, that soon as I come up with the Money, and I will! I'm going to have you Killed!!!! ... I Fu_King Hate you! I'm Only here Because

the Judge won't let me out of the case, and I don't give a Fu_k how it goes, One way or the Other! Williams said, I have a health thing going on with my eye, I get shots in my eye every 8 weeks, I hate to take treatment and I don't give a Fu_k about Being a Lawyer!!! I'm going Back to teaching Golf! There is no Money in Being a Lawyer, this is My last Case. "Look" I'm Not doing this anymore, Let them DIS-BAR Me, who gives a Fu_k! I'm Opening up a Range, working on it Now! Fu_k Being a Lawyer! "Your Mother is going to jail If you don't Sign a Plea, I have to go, I might Come Back, I don't Fu_king know!!! and Slammed the DOOR.

Then On Oct 16th, 2024 around 7 P.M. Dean Williams came to the Northern Regional Jail to talk to me, when I was Brought to the Room where he was waiting for me, the following happened. Williams had documents

on the table and said to me in a Rough voice, "You Know! I didn't have to Fu_King come here as he looked down at his watch!

"I have a Plea for you, I can't Believe I have a Plea like this!"

I asked? what does it say? Well, Williams said I'll tell you! It's for 11/4 years, I think that's great for you! I said what!? What happened to doing Better than the 10 to 15 you told me? Maybe 1 to 5 or something else?

"Then Williams yelled at me, "Acting Violent" and Said, "Look"! what the Fu_K!!!

Are you going to let your Mother go to jail? I talked to the Prosecutor and Hes putting your Mother in Jail on Tuesday!" If you don't Sign the Fu_King deal!

"What Kind of Fu_King Piece of Shit are you to Put your Mother in Jail!!! Williams stood up to leave, "yelling" look" I'll Just write on this that you "Refused" you won't get another one—

Well, I would like to read it at least." I started Reading it, I said to Williams, this is not what you just told me!

He Responded violently, and Said "WELL Fu_K"!!!
"Sign It" He Demanded !!
"Sign It" OR your Mother goes to Prison! I am Scared of him, He's acting Crazy!

I am trying to read the Papers and Williams is telling me, He's going to Leave Now, "Sign It",

I Said to Williams, what does this say here? What does this Mean? He Said "Look" I have to go and I'm Not Coming Back Over!

What are you doing when your Mother gets to Jail, People are going to Beat Her up Because of you, Probably Kill Her!.

"He screamed at me and Said this! I Said to Sign the Fu-King Paper! He said, I have to go and I'm Not Reading it to you, and I'm Not Explaining Shit! there it is!

You are going to let your Poor Mom die in Jail, what kind of Piece of Shit are you? Cut your Fu_king wrists, I would Before I sent my Mother to Jail - then He started gathering up everything again and Violently Screams,
"Sign the Fu_king thing"
So in fear of my life and His Being Crazy, I did, I still don't know what it says.

I Believe Williams to Be Very unstable, I don't want him to come See Me anymore, I Don't want any contact with him ever!

I Am in fear of my life Now. Even More, Because Williams is hiring Someone to Kill me!.

John Bear Slupky